## Special Verdict Form

### Question # 1:

Was Plaintiff Desiree Goodwin's race and/or gender a determinative factor in any of Defendant Harvard's decisions not to promote her? Please answer YES or NO.

YES_____     or     NO__✗__

If you answered **YES** to Question # 1, then go to Question # 2. If you answered **NO** to Question # 1, then sign the verdict slip on the last page and return to the courtroom.

### Question # 2:

Place a check by the position(s), in which race and/or gender was a determinative factor in Defendant's decision(s).

| 1. | Reference Librarian (Lamont/Widener Libraries) (Posting No. 3017) Race _____ and/or Gender _____ |
|---|---|
| 2. | Reference Librarian (John F. Kennedy School of Government) (Posting No. 5348) Race _____ and/or Gender _____ |
| 3. | Instructional Services Librarian (Harvard College Library) (Posting No. 8285) Race _____ and/or Gender _____ |

| | |
|---|---|
| 4. | Instruction & Reference Librarian (Widener Library) <br><br> (Posting No. 9769) <br><br> **Race** _____ **and/or** **Gender** _____ |
| 5. | Science Reference Librarian (Cabot Science Library) <br><br> (Posting No. 11446) <br><br> **Race** _____ **and/or** **Gender** _____ |
| 6. | Research Librarian & Coordinator of Electronic Texts in the Humanities <br><br> (Harvard College Library)  (Posting No. 11663) <br><br> **Race** _____ **and/or** **Gender** _____ |
| 7. | Reference Librarian (Hilles Library) <br><br> (Posting No. 13405) <br><br> **Race** _____ **and/or** **Gender** _____ |

Go to Question # 3.

**Question # 3:** (Note: Only answer Question # 3, if you answered YES to Question # 1).

Write out in words and numbers the amount of non-duplicative compensatory damages, if any, which you find that Harvard owes Ms. Goodwin for:

1. Back Pay:

   _____    ($ _____)
   (Words)                                                        (Numbers)

2. Emotional Distress:

   _____    ($ _____)
   (Words)                                                        (Numbers)

Go to Question # 4 on the next page.

2

**Question # 4:** (Note: Only answer Question # 4, if you answered <u>YES</u> to Question # 1).

Did Harvard discriminate against Ms. Goodwin on the basis of her **RACE** with malice or intent, or with reckless or callous indifference to Ms. Goodwin's protected rights? Please answer YES or NO.

**YES**_____          or          **NO**_____

Go to <u>Question # 5</u>.

**Question # 5:** (Note: Only answer Question # 5, if you answered <u>YES</u> to Question # 1).

Did Harvard discriminate against Ms. Goodwin on the basis of her **GENDER** with malice or intent, or with reckless or callous indifference to Ms. Goodwin's protected rights? Please answer YES or NO.

**YES**_____          or          **NO**_____

If you answered <u>YES</u> to Question # 4 and/or Question # 5, then go to Question # 6 on the next page. Otherwise, stop here, sign the verdict slip on the last page and return to the courtroom.

3

**Question # 6:**

(Note: Only answer Question # 6, if you answered <u>YES</u> to Questions # 4 and/or # 5).

Write out in words and numbers the amount of punitive damages, if any, which you find should be awarded against Harvard:

_____    ($ _____ )
　　　　　(Words)　　　　　　　　　　　　(Numbers)

The Jury Foreperson must sign this form and notify the Court Officer that the jury has concluded deliberations.

_[signature]_  4-4-05
Jury Foreperson

4