UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DESIREE GOODWIN ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 03cv11797 JLT |
| vs. ) | |
| PRESIDENT AND FELLOWS OF ) | |
| HARVARD COLLEGE, ) | |
| ) | |
| Defendant ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

This action came on trial before the Court and a jury, Honorable Joseph L. Tauro, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant President and Fellows of Harvard College recover of the plaintiff Desiree Goodwin its costs of action.

Dated at Boston, Massachusetts, this 16 day of May, 2005.

_____, Deputy Clerk
Clerk of Court